```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 15672
   ANNETTIA DAVISON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-3505


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/29/2006 and was not confirmed.

     The case was dismissed without confirmation 06/28/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG         .00          .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE     15604.39         .00           .00
CVAC OF COLORADO         UNSECURED          8748.03         .00           .00
CREDIT ACCEPTANCE CORP   UNSECURED          7338.24         .00           .00
CHILDRENS SURGICAL FOUND UNSECURED         NOT FILED        .00           .00
PREMIER BANKCARD         UNSECURED           748.76         .00           .00
PEOPLES GAS              UNSECURED         NOT FILED        .00           .00
ADVOCATE BETHANY HOSPITA UNSECURED         NOT FILED        .00           .00
ADVOCATE BETHANY HOSPITA UNSECURED         NOT FILED        .00           .00
ADVOCATE BETHANY HOSPITA UNSECURED         NOT FILED        .00           .00
LOYOLA UNIVERSITY PHYNS  UNSECURED         NOT FILED        .00           .00
MERCHANTS CREDIT GUIDE C UNSECURED         NOT FILED        .00           .00
PEOPLES ENERGY           UNSECURED         NOT FILED        .00           .00
VILLAGE OF MAYWOOD       SECURED            1163.00         .00         77.52
COMMONWEALTH EDISON      UNSECURED         NOT FILED        .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY       2,623.00                    369.33
TOM VAUGHN               TRUSTEE                                        32.49
DEBTOR REFUND            REFUND                                        457.66


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   937.00

PRIORITY                                       .00
SECURED                                      77.52
UNSECURED                                      .00
ADMINISTRATIVE                              369.33
TRUSTEE COMPENSATION                         32.49
DEBTOR REFUND                               457.66
                       -------------      -------------
TOTALS                    937.00              937.00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 15672 ANNETTIA DAVISON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/14/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE